RECEIVED
PS 8    WILLIAM T. WALSH, CLERK
(12/04)

2006 APR -5  P 4: 17

UNITED STATES
DISTRICT COURT

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

U.S.A. vs. **Eric Washington**                                                          Docket No. **05-255**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Eric Washington**, who was placed under pretrial release supervision by the **Honorable John C. Lifland, U.S. District Judge** sitting in the Court at Newark, New Jersey, on June 24, 2005, under the following conditions:

1.  $100,000 bond secured by the equity in the home of his mother, Rosemary Washington; The residence is located at 412 North McNair Street, Maxton, North Carolina

2.  Home confinement with electronic monitoring with exceptions to leave his residence for medical emergencies and court hearings

3.  Maintain residence with his mother

4.  Mother is designated as third party custodian

5.  Travel restricted to New Jersey and the Eastern District of North Carolina

6.  Prohibition from possessing any firearms

7.  Submit to drug testing and treatment as deemed appropriate by Pretrial Services

8.  The duration of liberty on bond shall be limited to 90 days, and the defendant must surrender at that time.

On September 22, 2005, the Court  modified the defendant's bail by giving him permission to seek and maintain stationary employment while on house arrest/ electronic monitoring subject to discretion of Pretrial Services, and extending his surrender date to November 28, 2005.  On November 23, 2005, the Court signed an order permitting the defendant to remain free on the bail conditions previously set until December 20, 2005.  On March 15, 2006, the Court signed an order permitting the defendant to remain out on bail subject to all previous conditions.

The defendant plead guilty to violation of Title 18, U.S.C., Sections 922(a)(1)(A) and 2, Unlawfully engaged in the business of dealing in firearms and is pending sentencing.

Respectfully presenting petition for action of Court and for cause as follows:

On March 25, 2006, the defendant was charged by the Maxton Police Department, North Carolina, with Assault and Communicating Threats.  According to the incident report, the defendant attempted to swing a metal pipe and run his truck over the alleged victim (see attached police report).

PRAYING THAT THE COURT WILL ORDER **a warrant be issued for his arrest.**

ORDER OF COURT

Considered and ordered this _5 th_ day of
_April_, _2006_ and ordered filed and
made a part of the records in the above case.

_____
Honorable John C. Lifland
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on _4/5/06_

_____
Roberto Cordeiro
Sr. U.S. Pretrial Services

03/30/2006 16:07      9108446051          MAXTON PD          PAGE 02

| Agency Name | INCIDENT/INVESTIGATION REPORT | OCA |
|---|---|---|
| MAXTON POLICE DEPARTMENT | | 06-6368 |

**INCIDENT DATA**

| ORI | Date / Time Reported S M T W T F (S) |
|---|---|
| NC0780200 | Month 03  Day 27  Yr 2006  Time 10:20  Hrs. |

| Crime / Incident(s) | | At Found 9 M T W T F (S) | Last Known Secure S M T W T F (S) |
|---|---|---|---|
| #1 0810 - ASSAULT | ☐ Attempt ☒ Complete | Month 03 Day 25 Yr 2006 Time 15:00 Hrs. | Month 03 Day 25 Yr 2006 Time 15:00 Hrs. |
| Crime / Incident | | Location of Incident | Offense Tract |
| #2 2690 - COMM. THREATS | ☐ Attempt ☒ Complete | W. BALDWIN ST., Maxton, NC 28364 | |
| Crime / Incident | | Premise Type | Victim Residence Type |
| #3 | ☐ Attempt ☐ Complete | 62 - Highway/Road/Street, etc. | ☐ Single Family ☐ Multi Family |

**MO**

| How Attacked or Committed | Forcible | Weapon / Tools |
|---|---|---|
| BY THREATENING HIM AND HITTING HIM WITH THE MIRROW ON THE TRUCK WHILE DRIVIN | ☒ Yes ☐ N/A ☐ No | 98 - Other Weapon |

**VICTIM**

| # of Victims | Type: ☒ Person ☐ Business | Injury: ☒ None ☐ Minor ☐ Loss of Teeth | Drug/Alcohol Use: |
|---|---|---|---|
| 1 | ☐ Society ☐ Government ☐ Financial Institute | ☐ Broken Bones ☐ Severe Lacerations | ☐ Yes ☐ Unknown |
| | ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk | ☐ Internal ☐ Unconscious ☐ Other Major | ☒ No ☐ N/A |

| Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status |
|---|---|---|---|---|---|---|
| BRADDY, JAMES EVERETTE | 1,2 | 11/23/1982  23 | B | M | AQ | ☐ Resident ☐ Non-Resident ☐ Unknown |

| Home Address | Home Phone |
|---|---|
| P.O. BOX 364, MAXTON, NC 28364 | (910) 844-9697 |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V = Victim (Denote V1, V2)          O = Owner (if other than victim)          R = Reporting Person (if other than Victim)

| Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown | | | |
|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown | | | |
|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone |
|---|---|
| | |

**PROPERTY**

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   Q = Counterfeit / Forged   F = Found
(Check "O.J." column if recovered for other jurisdiction)

| Victim # | OCL | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Number of Vehicles Stolen | Number of Vehicles Recovered |
|---|---|
| | |

**ID**

| Officer Name | ID# | Officer Signature | Supervisor Signature |
|---|---|---|---|
| PAUL MCDOWELL | A-1 | | |

**STATUS**

| Complainant Signature | Case Status | Case Disposition: | |
|---|---|---|---|
| | ☒ Further Investigation | ☐ Unfounded | ☐ Juvenile/No Custody | ☐ Extradition Declined |
| | ☐ Inactive | ☐ Cleared by Arrest | ☐ Refuse to Cooperate | ☐ Located |
| | ☐ Closed/Cleared | ☐ Cleared by Arrest by Another Agency | |
| | ☐ Closed/Leads Exhausted | ☐ Death of Offender | ☐ Prosecution Declined |

Page 1 of 4

DOJ-000F                                                                 Rev 3/93

## INCIDENT/INVESTIGATION REPORT

### Page 2

| OCA |
|---|
| 06-6368 |

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   Q = Counterfeit / Forged   F = Found

**DRUGS**

| DCI | Status | Quantity | Type Measure | Suspected Type | Check up to 3 types of activity for each |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Possess | Buy | Sale | Mfg. | Importing | Operating |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

**OFFENDER**

Offender Used:
Alcohol/Drugs: ☐ Yes ☐ Unk ☐ No ■ N/A
Computer: ☐ Yes ☐ Unk ■ No ☐ N/A

Offender 1
Age: 29   Race: B   Sex: M

Age:   Race:   Sex:

Age:   Race:   Sex:

Age:   Race:   Sex:

Age:   Race:   Sex:

Primary Offender
Resident Status
■ Resident
☐ Non-Resident
☐ Unknown

**SUSPECT**

| Name (Last, First, Middle) | Alias or Nickname | Home Address |
|---|---|---|
| WASHINGTON, ERIC LARRY |  | 412 N. MCNAIR ST.  MAXTON, N.C. 28364, M |

| Occupation | Business Address |
|---|---|
| NONE | NONE - NONE |

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/1976   29 | B | M | 5'08" | 165 | MUS | BLK |  | SRT | BRN |  |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Shirt | Socks | Shoes |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|
|  |  |  |  |

| VYR | Make | Model | Style | Color | Lic/Ls | Vin |
|---|---|---|---|---|---|---|
|  | NISSAN |  | TRUCK | GRY |  |  |

**WITNESS**

| Name (last, first, middle) | DOB / Age | Race | Sex | OCA |
|---|---|---|---|---|
|  |  |  |  |  |

| Home Address | Home Phone | Employer | Phone |
|---|---|---|---|
|  |  |  |  |

Suspect Hate / Bias Motivated:   Yes ☐   No ☐

**NARRATIVE**

Narrative
ON THIS DATE AND TIME INDICATED MR. BRADDY REPORTS THAT ERIC WASHINGTON STOPPED IN THE ROADWAY
AND GOT OUT OF THE TRUCK AND ATTEMPTED TO SWING A METAL PIPE AT HIM.  MR. BRADDY ADVISED THAT
HE THEN PICKED UP A BRICK AND CHASHED HIM.  HE ADVISED THAT ERIC GOT BACK INTO HIS TRUCK AND
TRIED TO HIT HIM BUT HE JUMPED OUT OF THE WAY BUT HE WAS BUMPED BY THE MIRROR ON HIS ARM.  HE
ADVISED THAT ERIC SAID"YOU BETTER BE SCRAPPED THE NEXT TIME I SEE YOU. ITS GOIG TO BE YOU AND
ME AND I'M GOING TO GET YOU".
WARRANTS ADVISED.

PS 10
(8/88)

# United States District Court
## for the
## District of New Jersey

U.S.A. vs Eric Washington

Docket No. 05-255

## TO:  [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>**Eric Washington** | SEX<br>**Male** | RACE<br>**Black** | AGE<br>**25** |
| ADDRESS(STREET, CITY, STATE)<br>**412 North McNair Street, Maxton, North Carolina 28364** | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>**Honorable Hohn C. Lifland, US District Judge** | | | |
| CLERK<br>WILLIAM J WALSH | (BY) DEPUTY CLERK | DATE<br>4/5/0 | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."